UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Adianel Burgos and Hector Martinez, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>Youth on the Move, Inc. and Janice Brown<br><br>      Defendant | Civ. A. No. 3:22-CV-30031 |

## PLAINTIFFS' ASSENTED-TO MOTION FOR FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT

      Plaintiffs respectfully submit this assented-to motion for final approval of collective and class action settlement. For the reasons set forth in the accompanying memorandum of law and exhibits attached thereto, Plaintiff requests that the Court enter an order granting final approval of the Parties' settlement.

Respectfully submitted,
Plaintiff, Adianel Burgos et al,
individually & on behalf of
all others similarly situated

By their attorney,

/s/ Adam J. Shafran_____
Adam J. Shafran, BBO#670460
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109
617-723-7700
617-227-0313 (fax)

## CERTIFICATE OF SERVICE

I, Adam J. Shafran, do hereby certify that this document filed through the ECF system shall be sent electronically to the registered participants as identified on the Notice of Electronic Filing on October 17, 2024.

/s/ Adam J. Shafran
Adam J. Shafran

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned counsel for the Plaintiffs hereby certifies that Defendants assent to this motion.

/s/ Adam J. Shafran
Adam J. Shafran