UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Burgos et al.,<br>    Plaintiffs', <br><br>    v.<br><br>Youth on the Move, Inc. et al.,<br>    Defendants, | )<br>)<br>)<br>)   Civil Action No. 22-cv-30031-MGM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER OF DISMISSAL
October 24, 2024

In accord with docket entry [73] Order entered. The court hereby DISMISSES this action with prejudice. The clerk is directed to close the case.

IT IS SO ORDERED.

By the Court,

/s/ *Mark G. Mastroianni*
Mark G. Mastroianni
U.S. District Judge